# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| | |
|---|---|
| United States of America<br>v.<br><br>__JON SONNY HOLIDAY__<br>*Defendant* | )<br>)  Case No.  2:18-mj-00354-VCF<br>)<br>)<br>) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 03/27/2018 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  __March 26, 2018__

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 2 6 2018

CLERK
DISTRICT OF NEVADA
BY:

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 2 6

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY